IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FENNELL, | No. 4:21-CV-01717 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SECRETARY JOHN E. WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of February 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 48) pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's amended complaint (Doc. 47) is **DISMISSED** for the reasons provided in the accompanying Memorandum.

3. No further leave to amend will be granted.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge